IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| JUDY RATCLIFF | § | |
| v. | § | CIVIL ACTION NO. 2:10cv1 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains his findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the Plaintiff's Motion to Dismiss (document entry #12) be granted without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court. In light of the foregoing, it is

**ORDERED** that the Plaintiff's Motion to Dismiss (document #12) is **GRANTED** and the above-entitled case is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). Any motion not previously ruled on is **DENIED**.

SIGNED this 20th day of December, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE